FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 11 2015

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR227 |
| | ) | |
| Plaintiff, | ) | ORDER FOR ISSUANCE OF |
| | ) | SUBPOENAS *IN FORMA* |
| v. | ) | *PAUPERIS* |
| | ) | |
| IDELL GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the Motion of the Defendant for an order allowing the issuance of Subpoenas *In Forma Pauperis* (filing 18), pursuant to FED. R. CRIM. P. 17.

The Court, being fully advised in the premises, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the Clerk of the District Court is ordered to issue subpoenas as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same. Said costs, witness fees, travel expenses, and subsistence, if any, should be paid by the United States. Said subpoenas shall be served by private process server.

Dated this ____ day of September, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge